UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROGER KIRK,

    Plaintiff                                                                Case No. 07-14146

vs.                                                                           Hon. Paul D. Borman

MICHAEL KULWICKI, JASON (RICHARD)
CACICEDO, CITY OF MADISON HEIGHTS,
CITY OF DETROIT, COUNTY OF OAKLAND,
DEPUTY CHIEF ROESKE, RICHARD FARRELL,
and DENNIS MARSHALL, III, jointly and in
their individual capacity,

    Defendants
_____/

ROGER KIRK, In Pro Per
#210134
3510 N. Elm
Jackson, MI 49201

JOHNSON, ROSATI, LaBARGE,
ASELTYNE & FIELD, P.C.
BY:    MICHAEL E. ROSATI (P34236)
CARLITO H. YOUNG (P61863)
Attorney for Defendants Madison Heights and
Cacicedo
34405 W. Twelve Mile Road, Suite 200
Farmington Hills, MI 48331-5627
(248) 489-4100
_____/

## PROTECTIVE ORDER

DATED: _____3/31/08_____

PRESENT: HONORABLE PAUL D. BORMAN, U.S. DISTRICT JUDGE

Upon agreement of the parties;

IT IS HEREBY ORDERED that Defendants produce a copy of the policies and procedures of the Madison Heights Police Department regarding the use of deadly force/physical force within fourteen (14) days of the date of entry of this Order.

IT IS FURTHER ORDERED that Plaintiff shall not give, show or otherwise divulge, directly or indirectly, to any person or entity, except the Plaintiff's agents or experts employed by or in connection with this case, the documents or substance of those documents or other materials received pursuant to this Order.  Upon completion of the trial, and any appeals in this case, and the satisfaction of judgment, or upon completion of any settlement or other disposition, Plaintiff and/or Plaintiff's attorney, **return to counsel for Defendants all materials produced pursuant to this Order**.   Plaintiff shall further provide to defense counsel at the time of re-delivery of the documents, an Affidavit stating that the Plaintiff has complied with the provisions of this Protective Order.

        s/Paul D. Borman
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated:  March 31, 2008

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 31, 2008.

        s/Denise Goodine
        Case Manager

Approved as to form and content:

| | |
|---|---|
| s/ Roger Kirk | s/ Carlito H. Young |
| In Pro Per | Attorney for Defendants Madison Heights |
| #210134 | and Cacicedo |
| 3510 N. Elm | 34405 W. Twelve Mile Road, Suite 200 |
| Jackson, MI 49201 | Farmington Hills, MI 48331-5627 |
| | cyoung @jrlaf.com |
| | (248) 489-4100 |
| | (P61863) |