**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ROGER KIRK,

                Plaintiff,                Civil Case No. 07-CV-14146

v.

                                        DIST. JUDGE PAUL D. BORMAN

MICHAEL KULWICKI, ET AL.,        MAG. JUDGE MONA K. MAJZOUB

                Defendants.

_____ /

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION IN FAVOR OF DENYING DEFENDANTS**
**MOTION TO DISMISS**

      Before the Court is the Magistrate Judge's February 25, 2008 Report and Recommendation in favor of denying Defendants' Motion to Dismiss. (Dkt. No. 21). Having reviewed that Report and Recommendation, and there being no objections, the Court enters as its findings and conclusions the Report and Recommendation **DENYING** Defendants' Motion to Dismiss.

      **SO ORDERED.**

                                        s/Paul D. Borman
                                        PAUL D. BORMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: July 21, 2008

                            CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 21, 2008.

                                          s/Denise Goodine
                                          Case Manager