# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ROGER KIRK,

                Plaintiff,          Civil Case No. 07-CV-14146

v.

                                           DIST. JUDGE PAUL D. BORMAN

MICHAEL KULWICKI, ET AL.,        MAG. JUDGE MONA K. MAJZOUB

                Defendants.

_____ /

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION IN FAVOR OF DENYING PLAINTIFF'S
## MOTION FOR ENTRY OF DEFAULT

    Before the Court is the Magistrate Judge's April 23, 2008 Report and Recommendation in favor of denying Plaintiff's Motion for Entry of Default. (Dkt. No. 32). Having reviewed that Report and Recommendation, and there being no objections, the Court enters as its findings and conclusions the Report and Recommendation **DENYING** Plaintiff's Motion for Entry of Default.

    **SO ORDERED.**


                                                  s/Paul D. Borman
                                                 PAUL D. BORMAN
                                                 UNITED STATES DISTRICT JUDGE

Dated: July 21, 2008

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 21, 2008.


                                                   s/Denise Goodine
                                                 Case Manager